**JS-6**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FATIMA VELASQUEZ, an individual,<br><br>              Plaintiff,<br><br>    v.<br><br>ALLIANCE HUMAN SERVICES, INC., a Massachusetts corporation; and DOES 1 through 50, inclusive,<br><br>              Defendants. | Case No. 5:23-cv-00890-SPG-SP<br><br>**ORDER RE STIPULATION FOR DISMISSAL** |

    The Court, having considered the Stipulation for Dismissal filed by Plaintiff FATIMA VELASQUEZ ("Plaintiff") and Defendants ALLIANCE HUMAN SERVICES, INC. ("Defendant") (together "the Parties"), makes the following order: All claims against Defendant ALLIANCE HUMAN SERVICES, INC., are hereby dismissed with prejudice.

    **IT IS SO ORDERED**.

Dated: November 8, 2023

HON. SHERILYN PEACE GARNETT
UNITED STATES DISTRICT JUDGE